IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02109-MSK-OES

TIMOTHY HASCALL,

Plaintiff(s),

vs.

EQUITANT, LTD., a foreign business organization
f/k/a French & Associates, and
EQUITANT, INC., a Delaware corporation,

Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 20, 2005

    The Joint Motion to Amend Scheduling Order [filed September 19, 2005, Document 24-1] is GRANTED and the tendered Amended Scheduling Order entered. The Settlement Conference of September 26, 2005, is VACATED.  Counsel are directed to coordinate the rescheduling of this conference with chambers at (303) 844-4507.