IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02109-MSK-OES

TIMOTHY HASCALL,

Plaintiff(s),

vs.

EQUITANT, LTD., a foreign business organization
f/k/a French & Associates, and
EQUITANT, INC., a Delaware corporation,

Defendant(s).

---

**ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 26, 2005

    The Court, having reviewed the parties Joint Motion for Entry of Stipulated Protective Order and Stipulated Protective Order, and being fully advised in the premises, hereby grants the motion, and the Stipulated Protective Order shall be deemed entered as of the date of this Order.

    Dated at Denver, Colorado, this day of:  October 26, 2005

                                      BY THE COURT:

                                      s/ O. Edward Schlatter

                                      _____
                                      O. Edward Schlatter
                                      United States Magistrate Judge