IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02109-MSK-OES

TIMOTHY HASCALL,

    Plaintiff,

v.

EQUITANT, LTD, a foreign business organization,
f/k/a French & Associates; and,
EQUITANT, INC., a Delaware Corporation,

    Defendants.

_____

### ORDER ALLOWING COUNSEL TO WITHDRAW
_____

THIS MATTER coming before the Court upon Defendants Equitant, Ltd, *et al.* and Plaintiff Timothy Hascall's Unopposed Motion for Substitution of Counsel **(#34)**, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Motion is GRANTED, in part. The local rules of this Court do not authorize substitutions of counsel. However, Henry Solano is permitted to withdraw as counsel for Defendants. W. V. Bernie Siebert has entered an

1

appearance on their behalf.

DATED this 7th day of November, 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge