IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02109-MSK-OES

TIMOTHY HASCALL,

      Plaintiff,

v.

EQUITANT, LTD, a foreign business organization,
f/k/a French & Associates; and,
EQUITANT, INC., a Delaware Corporation,

      Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Withdraw as Counsel **(#50).**

The Court being fully advised hereby GRANTS the Motion of James W. Hubbell to withdraw as counsel for the Plaintiff.

DATED this 9th day of February 2006.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge