IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02109-MSK-MEH

TIMOTHY HASCALL,

    Plaintiff,

vs.

EQUITANT, LTD., a foreign business organization, f/k/a French & Associates; and
EQUITANT, INC., a Delaware Corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 2, 2006.**

The parties' Joint Motion to Modify the Scheduling Order and Extend the Pre-trial Conference Dates Pending Ruling on Defendants' Motion for Summary Judgment [Filed October 18, 2006; Docket #78] is **denied**.  Because this Conference is set before District Judge Marcia Krieger, the deadlines and requirements in the Pre-trial Preparation and Trial Setting Order (Docket #21) control.