IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02109-MSK-MEH

TIMOTHY HASCALL,

    Plaintiff,

v.

EQUITANT, LTD, a foreign business organization,
f/k/a French & Associates; and,
EQUITANT, INC., a Delaware Corporation,

    Defendants.

## ORDER DENYING STIPULATED MOTION

THIS MATTER comes before the Court on the parties' Stipulated Motion to Vacate Final Pre-Trial Conference Scheduled for November 9, 2006 **(#82)**.

The parties plan to engage in private mediation and therefore ask the Court to vacate the final pretrial conference and reset it, if necessary, after the mediation. They also state that they will not have sufficient time to prepare a proposed final pretrial order which meets the Court's requirements by the scheduled hearing date. They further state that Mr. Daichman, who is lead trial counsel for the Defendants, has a prior commitment which will prevent him from attending the final pretrial conference.

The parties have not shown that there is good cause to vacate the final pretrial conference. Engaging in mediation, failing to timely prepare a proposed final pretrial order, and a scheduling conflict of counsel do not amount to good cause to vacate a final pretrial conference which was set by an Order **(#21)** issued more than 16 months ago. However, the Court will grant the parties

an extension of time to prepare and submit the proposed final pretrial order.

**IT IS THEREFORE ORDERED** that the Stipulated Motion to Vacate Final Pre-Trial Conference Scheduled for November 9, 2006 **(#82)** is **DENIED**.  The parties shall submit a proposed final pretrial order to the chambers e-mail account (krieger_chambers@cod.uscourts.gov) no later than **4:00 p.m.** on **November 8, 2006**.

Dated this 6th day of November, 2006

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge