IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02109-MSK-MEH

TIMOTHY HASCALL,

    Plaintiff,

v.

EQUITANT, LTD, a foreign business organization,
f/k/a French & Associates; and,
EQUITANT, INC., a Delaware Corporation,

    Defendants.

## ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

THIS MATTER comes before the Court on the parties' Notice of Settlement of All Claims **(#88)**. The parties represent that during a mediation session, they reached agreement as to the terms of a full and final settlement of all claims that were or could have been pled in this action. Based thereon, there is no case or controversy.

**IT IS THEREFORE ORDERED** that all deadlines, including the trial set in this matter, are **VACATED**. The Clerk of Court is directed to close this case.

Dated this 14th day of December, 2006

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge